To whom it may concern,

Could you please send me a Civil Docket Sheet along with a copy of my ~~original~~ original written complaint for this same civil case labeled below.

Thank you!

Case #: Cable v. Aul, et al 16-441 M-LDA

Please send
1) Civil Docket Sheet
2) Original written complaint.

Address

Edward P. Cable #127928
PO Box 8274
Cranston, R.I.
02920

Edward Cable #127928
PO Box 8274
Cranston, R.I.
02920

U.S. CourtHouse
One Exchange Terrace
Prov. R.I.
02903